# EXHIBIT A

# BURSOR & FISHER, P.A.
## ATTORNEYS AT LAW
369 Lexington Avenue, 10th Floor
New York, NY 10017
(212) 989-9113 (tel)
(212) 989-9163 (fax)
www.bursor.com

May 9, 2011

*Via Electronic Filing*

Ms. Marlene H. Dortch, Secretary
Federal Communications Commission
445 Twelfth Street, SW
Washington, DC 20554

Re:   **Applications of AT&T, Inc. and Deutsche Telekom AG for Consent to Assign or Transfer Control of Licenses and Authorizations, WT Docket No. 11-65**

Dear Ms. Dortch:

Pursuant to the procedures outlined in the NRUF/LNP Protective Order issued in this docket (DA 11-711), I submit Acknowledgments of Confidentiality for access to NRUF/LNP Confidential Information on behalf of the following individuals:

Scott A. Bursor, Attorney, Bursor & Fisher, P.A.;
L. Timothy Fisher, Attorney, Bursor & Fisher, P.A.;
Joseph I. Marchese, Attorney, Bursor & Fisher, P.A.; and
Sarah N. Westcot, Attorney, Bursor & Fisher, P.A.

Very truly yours,

Joseph I. Marchese
jmarchese@bursor.com

cc:   Kathy Harris, Wireless Telecommunications Bureau, FCC (via email)
Kate Matraves, Wireless Telecommunications Bureau, FCC (via email)
Jim Bird, Office of General Counsel, FCC (via email)
Peter J. Schildkraut, Arnold & Porter LLP, Counsel to AT&T Inc. (via email)
Nancy J. Victory, Wiley Rein LLP, Counsel to Deutsche Telekom AG and T-Mobile USA, Inc. (via email)

Federal Communications Commission                                    DA 11-711

## APPENDIX A
### Acknowledgment of Confidentiality
### WT Docket No. 11-65

I hereby acknowledge that I have received and read a copy of the foregoing NRUF/LNP Protective Order in the above-captioned proceeding, and I understand it.

I agree that I am bound by the NRUF/LNP Protective Order and that I shall not disclose or use NRUF/LNP Confidential Information except as allowed by the NRUF/LNP Protective Order.

I acknowledge that a violation of the NRUF/LNP Protective Order is a violation of an order of the Federal Communications Commission.

I certify that I am not involved in Competitive Decision-Making.

Without limiting the foregoing, to the extent that I have any employment, affiliation, or role with any person or entity other than a conventional private law firm (such as, but not limited to, a lobbying or advocacy organization), I acknowledge specifically that my access to any information obtained as a result of the NRUF/LNP Protective Order is due solely to my capacity as Counsel or Outside Consultant to a party or as a person described in paragraph 8 of the foregoing NRUF/LNP Protective Order and agree that I will not use such information in any other capacity.

I acknowledge that it is my obligation to ensure that NRUF/LNP Confidential Information is used only as specifically permitted by the terms of the NRUF/LNP Protective Order.

I certify that I have verified that there are in place procedures at my firm or office to prevent unauthorized disclosure of NRUF/LNP Confidential Information.

Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Protective Order or the NRUF/LNP Protective Order.

Executed this 5th day of May, 2011.

[Signature: Scott A. Bursor]

[Name] Scott A. BURSOR
[Position] ATTORNEY
[Address] 369 Lexington Ave, 10th Floor
[Telephone] New York, NY 10017
212-989-9113

6

Federal Communications Commission					DA 11-711

## APPENDIX A
## Acknowledgment of Confidentiality
## WT Docket No. 11-65

I hereby acknowledge that I have received and read a copy of the foregoing NRUF/LNP Protective Order in the above-captioned proceeding, and I understand it.

I agree that I am bound by the NRUF/LNP Protective Order and that I shall not disclose or use NRUF/LNP Confidential Information except as allowed by the NRUF/LNP Protective Order.

I acknowledge that a violation of the NRUF/LNP Protective Order is a violation of an order of the Federal Communications Commission.

I certify that I am not involved in Competitive Decision-Making.

Without limiting the foregoing, to the extent that I have any employment, affiliation, or role with any person or entity other than a conventional private law firm (such as, but not limited to, a lobbying or advocacy organization), I acknowledge specifically that my access to any information obtained as a result of the NRUF/LNP Protective Order is due solely to my capacity as Counsel or Outside Consultant to a party or as a person described in paragraph 8 of the foregoing NRUF/LNP Protective Order and agree that I will not use such information in any other capacity.

I acknowledge that it is my obligation to ensure that NRUF/LNP Confidential Information is used only as specifically permitted by the terms of the NRUF/LNP Protective Order.

I certify that I have verified that there are in place procedures at my firm or office to prevent unauthorized disclosure of NRUF/LNP Confidential Information.

Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Protective Order or the NRUF/LNP Protective Order.

Executed this 6th day of May, 2011.

*[signature]*

[Name] L. Timothy Fisher
[Position] Attorney
[Address] 2121 North California Blvd. Suite 1010
[Telephone] Walnut Creek, CA 94596
925-482-1515

6

Federal Communications Commission										DA 11-711

## APPENDIX A

### Acknowledgment of Confidentiality

### WT Docket No. 11-65

I hereby acknowledge that I have received and read a copy of the foregoing NRUF/LNP Protective Order in the above-captioned proceeding, and I understand it.

I agree that I am bound by the NRUF/LNP Protective Order and that I shall not disclose or use NRUF/LNP Confidential Information except as allowed by the NRUF/LNP Protective Order.

I acknowledge that a violation of the NRUF/LNP Protective Order is a violation of an order of the Federal Communications Commission.

I certify that I am not involved in Competitive Decision-Making.

Without limiting the foregoing, to the extent that I have any employment, affiliation, or role with any person or entity other than a conventional private law firm (such as, but not limited to, a lobbying or advocacy organization), I acknowledge specifically that my access to any information obtained as a result of the NRUF/LNP Protective Order is due solely to my capacity as Counsel or Outside Consultant to a party or as a person described in paragraph 8 of the foregoing NRUF/LNP Protective Order and agree that I will not use such information in any other capacity.

I acknowledge that it is my obligation to ensure that NRUF/LNP Confidential Information is used only as specifically permitted by the terms of the NRUF/LNP Protective Order.

I certify that I have verified that there are in place procedures at my firm or office to prevent unauthorized disclosure of NRUF/LNP Confidential Information.

Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Protective Order or the NRUF/LNP Protective Order.

Executed this 6th day of May, 2011.

[Name] Joseph I. Marchese
[Position] Attorney
[Address] Bursor & Fisher, P.A.
[Telephone] 369 Lexington Ave., 10th Floor
New York, NY 10017
(212) 989-9113 (tel.)

Federal Communications Commission									DA 11-711

## APPENDIX A
## Acknowledgment of Confidentiality
### WT Docket No. 11-65

I hereby acknowledge that I have received and read a copy of the foregoing NRUF/LNP Protective Order in the above-captioned proceeding, and I understand it.

I agree that I am bound by the NRUF/LNP Protective Order and that I shall not disclose or use NRUF/LNP Confidential Information except as allowed by the NRUF/LNP Protective Order.

I acknowledge that a violation of the NRUF/LNP Protective Order is a violation of an order of the Federal Communications Commission.

I certify that I am not involved in Competitive Decision-Making.

Without limiting the foregoing, to the extent that I have any employment, affiliation, or role with any person or entity other than a conventional private law firm (such as, but not limited to, a lobbying or advocacy organization), I acknowledge specifically that my access to any information obtained as a result of the NRUF/LNP Protective Order is due solely to my capacity as Counsel or Outside Consultant to a party or as a person described in paragraph 8 of the foregoing NRUF/LNP Protective Order and agree that I will not use such information in any other capacity.

I acknowledge that it is my obligation to ensure that NRUF/LNP Confidential Information is used only as specifically permitted by the terms of the NRUF/LNP Protective Order.

I certify that I have verified that there are in place procedures at my firm or office to prevent unauthorized disclosure of NRUF/LNP Confidential Information.

Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Protective Order or the NRUF/LNP Protective Order.

Executed this _6_ day of _May_, 2011.

_Sarah N. Westcot_

[Name] Sarah N. Westcot
[Position] Attorney, Bursor & Fisher, P.A.
[Address] 2121 N. California Blvd, Suite 1010 Walnut Creek, CA 94596
[Telephone] (925) 482-1515

6