# EXHIBIT D

**Before the**
**FEDERAL COMMUNICATIONS COMMISSION**
**Washington, DC 20554**

| | |
|---|---|
| In the Matter of<br><br>Applications of AT&T Inc. & Deutsche Telekom AG for Consent to Assign or Transfer Control of Licenses and Authorizations | **WT Docket No. 11-65** |

Declaration

of

**COLIN B. WEIR**

on behalf of

Butch Watson

**INFORMATION DERIVED FROM
"HIGHLY CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER IN
WT DOCKET NO. 11-65" HAS BEEN
REDACTED**

June 20, 2011

TABLE OF CONTENTS

| | |
|---|---:|
| Introduction | 1 |
| Market share and market concentration calculation methodology | 2 |
| Results of the market share and market concentration analysis | 3 |
| VERIFICATION | 12 |

**Tables**

1   Effects of the proposed AT&T/T-Mobile Merger:  Wireless Industry Market Concentration by Economic Area (as of June 2010)     6

**Attachments**

1   Statement of Qualifications

INFORMATION DERIVED FROM "HIGHLY CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER IN WT DOCKET NO. 11-65" HAS BEEN REDACTED

i



**Before the**
**FEDERAL COMMUNICATIONS COMMISSION**
Washington, DC 20554

| | |
|---|---|
| In the Matter of<br><br>Applications of AT&T Inc. & Deutsche Telekom AG for Consent to Assign or Transfer Control of Licenses and Authorizations | **WT Docket No. 11-65** |

DECLARATION OF COLIN B. WEIR

1  **Introduction**
2
3     Colin B. Weir, of lawful age, declares and says as follows:
4
5     1. My name is Colin B. Weir. I am Vice President at Economics and Technology,
6  Incorporated ("ETI"), One Washington Mall, 15th Floor, Boston, MA 02108. ETI is a research
7  and consulting firm specializing in telecommunications and public utility regulation and public
8  policy. I have been asked by counsel for Mr. Butch Watson to review wireless market share
9  data, to calculate pre-merger and *pro forma* post- merger Herfindahl–Hirschman Index ("HHI")
10 market concentration values, and to evaluate each Economic Area ("EA") to identify markets
11 where the proposed transaction would: result in "Highly Concentrated" markets (i.e., markets
12 with HHI values of greater than 2500), and as such would "potentially raise significant

INFORMATION DERIVED FROM "HIGHLY CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER IN WT DOCKET NO. 11-65" HAS BEEN REDACTED

1



Declaration of Colin B. Weir
FCC WT Docket No. 11-65
June 20, 2011
Page 2 of 12

1 competitive concerns and often warrant scrutiny" or be "likely to enhance market power" (i.e.,

2 markets with increases in HHI value of 100 or 200 or greater, respectively ).[1]  The results of my

3 analysis are set forth below.

4

5 **Market share and market concentration calculation methodology**
6

7     2. In its annual CMRS reports to Congress,[2] the FCC routinely reports wireless market

8 concentration on an Economic Area ("EA") basis, using Numbering Resource Utilization

9 Forecast ("NRUF")/Local Number Portability ("LNP") data to calculate wireless market shares,

10 which in turn are used to calculate HHI concentration values.  My analysis uses a similar

11 methodology.  I have used the NRUF/LNP data, as the FCC does, as a proxy for subscriber

12 counts in each EA.[3]  I have calculated four-firm HHI concentration values (1) reflecting the

13 current condition of the wireless market with AT&T Mobility and T-Mobile USA operating as

14 separate and nonaffiliated entities, and (2) on a *pro-forma* basis assuming that the proposed

15 AT&T Mobility/T-Mobile USA merger transaction has been consummated.  Four-firm HHI

16 values are calculated using the following formula:

---

  1. U.S. Department of Justice & Federal Trade Commission, *Horizontal Merger Guidelines* (2010) at 19.  Available at http://ftc.gov/os/2010/08/100819hmg.pdf  (Accessed June 17, 2011).

  2. *Implementation of Section 6002(b) of the Omnibus Budget Reconciliation Act of 1993 Annual Report and Analysis of Competitive Market Conditions With Respect to Mobile Wireless, Including Commercial Mobile Services*, WT Docket No. 09-66, *Fourteenth Report*, Rel. May 20, 2010 ("CMRS Report")

  3. See, http://www.bea.gov/regional/docs/econlist.cfm (Accessed June 17, 2011).

INFORMATION DERIVED FROM "HIGHLY CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER IN WT DOCKET NO. 11-65" HAS BEEN REDACTED

2

ECONOMICS AND TECHNOLOGY, INC.

Declaration of Colin B. Weir
FCC WT Docket No. 11-65
June 20, 2011
Page 3 of 12

$$HHI= \sum_{i=1}^{4} (S_i \times 100)^2$$

1  where $S_i$ is the market share as a percentage for each of the four largest firms in the market.

2  Changes in HHI concentration levels attributable to the proposed merger are then calculated by

3  subtracting the current HHI value from the *pro-forma* value.

4

5  **Results of the market share and market concentration analysis**

6

7     3.  The most recently available public data on wireless market share and market

8  concentration are provided in the FCC's 14th Annual *CMRS Report*,[4] which reports year-end

9  2008 wireless industry data.  Using the nationwide subscriber data, the 2008 HHI value is 2314.

10  On a pro-forma basis in which AT&T Mobility and T-Mobile USA are treated as a single entity

11  in the HHI calculation, the year-end 2008 HHI value increases by some 708 points, to 3022.[5]

12

13     4.  The most recent CMRS Report provides HHI values separately for each Economic Area,

14  but does not provide the underlying market shares on an Economic Area basis.  As such, it is not

15  possible to calculate *pro-forma* HHI values separately for each Economic Area using the

16  published CMRS Report data.  However, the CMRS Report shows that even without considering

---

4.  *CMRS Report*, Tables C-3, C-4.

5.  For purposes of this analysis, I have combined the reported 2008 subscriber counts for Verizon and Alltel, whose merger was consummated on January 9, 2009 just days after the 2008 year-end data was reported.

INFORMATION DERIVED FROM "HIGHLY CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER IN WT DOCKET NO. 11-65" HAS BEEN REDACTED

3

**ECONOMICS AND TECHNOLOGY, INC.**

Declaration of Colin B. Weir
FCC WT Docket No. 11-65
June 20, 2011
Page 4 of 12

1  the effects of the proposed AT&T/T-Mobile merger, 146 out of 172 reported EAs *already*

2  *exhibit HHI market concentration values in excess of 2500.*[6]  Combining the market shares of

3  AT&T and T-Mobile would only increase the concentration values in each EA, in some cases by

4  substantial amounts (as indicated by the overall national HHI market concentration increase).

5

6      5. As discussed above, I have conducted a similar analysis of 165 EAs using the most

7  currently available NRUF data (from June, 2010).  My analysis shows that, pre-merger, **<<Begin**

8  **NRUF/LNP Confidential Information>>****<<End NRUF/LNP Confidential**

9  **Information>>** of the 165 EAs that I analyzed already have concentration values in excess of

10  2500.  On a *pro-forma* basis, **<<Begin NRUF/LNP Confidential Information>>**** **<<End**

11  **NRUF/LNP Confidential Information>>** of those 165 EAs exceed the 2500 threshold.

12  **<<Begin NRUF/LNP Confidential Information>>**** **<<End NRUF/LNP Confidential**

13  **Information>>** of the 165 EAs both exceed the 2500 threshold and would experience an HHI

14  increase of more than 100 points as a result of the proposed merger.  **<<Begin NRUF/LNP**

15  **Confidential Information>>**** **<<End NRUF/LNP Confidential Information>>** of the 165

16  EAs both exceed the 2500 threshold and would experience an HHI increase of more than 200

17  points as a result of the proposed merger.

18

19      6. Table 1 below shows each of the EAs as currently defined by the BEA.  For each EA, I

20  show the historic 2008 HHI value as calculated by the FCC, the current (June 2010) HHI value

---

[6]. *CMRS Report*, Table C-3.

INFORMATION DERIVED FROM "HIGHLY CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER IN WT DOCKET NO. 11-65" HAS BEEN REDACTED

4

ECONOMICS AND TECHNOLOGY, INC.

Declaration of Colin B. Weir
FCC WT Docket No. 11-65
June 20, 2011
Page 5 of 12

1   as calculated by me using the latest available NRUF data, the *pro-forma* HHI values (also based

2   upon the June 2010 NRUF dataset) that would result from the proposed merger, the change in

3   HHI attributable to the proposed merger, and an indication as to whether, for each EA, the

4   proposed merger would produce both a "highly concentrated market" and one that "warrants

5   scrutiny" or is "likely to enhance market power" of the post-merger entity.

6

INFORMATION DERIVED FROM
"HIGHLY CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER IN
WT DOCKET NO. 11-65" HAS BEEN
REDACTED

5

ECONOMICS AND
TECHNOLOGY, INC.

Declaration of Colin B. Weir
FCC WT Docket No. 11-65
June 20, 2011
Page 6 of 12

1  <<Begin NRUF/LNP Confidential Information>>

| | | TABLE 1 Effects of the proposed AT&T/T-Mobile Merger: Wireless Industry Market Concentration by Economic Area (data as of June 2010) | | | | | |
|---|---|---|---|---|---|---|---|
| EA Code | EA Name | 2008 HHI* | 2010 HHI** | Pro Forma HHI** | Change in HHI resulting from the merger | "Highly Concentrated " and HHI Increase ≥ 100 | "Highly Concentrated" and HHI Increase >200 |
| 1 | Aberdeen, SD | 5000 | RPI | RPI | RPI | RPI | RPI |
| 2 | Abilene, TX | 3457 | RPI | RPI | RPI | RPI | RPI |
| 3 | Albany, GA | 3040 | RPI | RPI | RPI | RPI | RPI |
| 4 | Albany-Schenectady-Amsterdam, NY | 3352 | RPI | RPI | RPI | RPI | RPI |
| 5 | Albuquerque, NM | 2843 | RPI | RPI | RPI | RPI | RPI |
| 6 | Alpena, MI | N/A | RPI | RPI | RPI | RPI | RPI |
| 7 | Amarillo, TX | 2668 | RPI | RPI | RPI | RPI | RPI |
| 10 | Asheville-Brevard, NC | 4132 | RPI | RPI | RPI | RPI | RPI |
| 11 | Atlanta-Sandy Springs-Gainesville, GA-AL | 2411 | RPI | RPI | RPI | RPI | RPI |
| 12 | Augusta-Richmond County, GA-SC | 3781 | RPI | RPI | RPI | RPI | RPI |
| 13 | Austin-Round Rock, TX | 2640 | RPI | RPI | RPI | RPI | RPI |
| 14 | Bangor, ME | 4250 | RPI | RPI | RPI | RPI | RPI |
| 15 | Baton Rouge-Pierre Part, LA | 4999 | RPI | RPI | RPI | RPI | RPI |
| 16 | Beaumont-Port Arthur, TX | 3037 | RPI | RPI | RPI | RPI | RPI |
| 17 | Bend-Prineville, OR | N/A | RPI | RPI | RPI | RPI | RPI |
| 18 | Billings, MT | 5375 | RPI | RPI | RPI | RPI | RPI |
| 19 | Birmingham-Hoover-Cullman, AL | 2542 | RPI | RPI | RPI | RPI | RPI |
| 20 | Bismarck, ND | 5015 | RPI | RPI | RPI | RPI | RPI |
| 21 | Boise City-Nampa, ID | 2856 | RPI | RPI | RPI | RPI | RPI |
| 22 | Boston-Worcester-Manchester, MA-NH | 2800 | RPI | RPI | RPI | RPI | RPI |
| 23 | Buffalo-Niagara-Cattaraugus, NY | 3324 | RPI | RPI | RPI | RPI | RPI |
| 24 | Burlington-South Burlington, VT | 8263 | RPI | RPI | RPI | RPI | RPI |
| 25 | Cape Girardeau-Jackson, MO-IL | N/A | RPI | RPI | RPI | RPI | RPI |
| 26 | Casper, WY | 5256 | RPI | RPI | RPI | RPI | RPI |
| 27 | Cedar Rapids, IA | 2561 | RPI | RPI | RPI | RPI | RPI |
| 28 | Champaign-Urbana, IL | 3378 | RPI | RPI | RPI | RPI | RPI |
| 29 | Charleston, WV | 3442 | RPI | RPI | RPI | RPI | RPI |
| 30 | Charleston-North Charleston, SC | 2969 | RPI | RPI | RPI | RPI | RPI |
| 31 | Charlotte-Gastonia-Salisbury, NC-SC | 3059 | RPI | RPI | RPI | RPI | RPI |
| 32 | Chicago-Naperville-Michigan City, IL-IN-WI | 2140 | RPI | RPI | RPI | RPI | RPI |
| 33 | Cincinnati-Middletown-Wilmington, OH-KY-IN | 2247 | RPI | RPI | RPI | RPI | RPI |

INFORMATION DERIVED FROM "HIGHLY CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER IN WT DOCKET NO. 11-65" HAS BEEN REDACTED

6



Declaration of Colin B. Weir
FCC WT Docket No. 11-65
June 20, 2011
Page 7 of 12

| EA Code | EA Name | 2008 HHI* | 2010 HHI** | Pro Forma HHI** | Change in HHI resulting from the merger | "Highly Concentrated " and HHI Increase ≥ 100 | "Highly Concentrated" and HHI Increase >200 |
|---|---|---|---|---|---|---|---|
| | TABLE 1 Continued  Effects of the proposed AT&T/T-Mobile Merger:  Wireless Industry Market Concentration by Economic Area  (data as of June 2010) | | | | | | |
| 34 | Clarksburg, WV + Morgantown, WV | N/A | RPI | RPI | RPI | RPI | RPI |
| 35 | Cleveland-Akron-Elyria, OH | 3773 | RPI | RPI | RPI | RPI | RPI |
| 36 | Colorado Springs, CO | N/A | RPI | RPI | RPI | RPI | RPI |
| 37 | Columbia, MO | 4082 | RPI | RPI | RPI | RPI | RPI |
| 38 | Columbia-Newberry, SC | 3634 | RPI | RPI | RPI | RPI | RPI |
| 39 | Columbus-Auburn-Opelika, GA-AL | 2888 | RPI | RPI | RPI | RPI | RPI |
| 40 | Columbus-Marion-Chillicothe, OH | 3080 | RPI | RPI | RPI | RPI | RPI |
| 41 | Corpus Christi-Kingsville, TX | 2471 | RPI | RPI | RPI | RPI | RPI |
| 42 | Dallas-Fort Worth, TX | 2623 | RPI | RPI | RPI | RPI | RPI |
| 43 | Davenport-Moline-Rock Island, IA-IL | 2585 | RPI | RPI | RPI | RPI | RPI |
| 44 | Dayton-Springfield-Greenville, OH | 2615 | RPI | RPI | RPI | RPI | RPI |
| 45 | Denver-Aurora-Boulder, CO | 2339 | RPI | RPI | RPI | RPI | RPI |
| 46 | Des Moines-Newton-Pella, IA | 2982 | RPI | RPI | RPI | RPI | RPI |
| 47 | Detroit-Warren-Flint, MI | 2971 | RPI | RPI | RPI | RPI | RPI |
| 48 | Dothan-Enterprise-Ozark, AL | 2536 | RPI | RPI | RPI | RPI | RPI |
| 49 | Dover, DE | N/A | RPI | RPI | RPI | RPI | RPI |
| 50 | Duluth, MN-WI | 4107 | RPI | RPI | RPI | RPI | RPI |
| 51 | El Paso, TX | 2370 | RPI | RPI | RPI | RPI | RPI |
| 52 | Erie, PA | 4241 | RPI | RPI | RPI | RPI | RPI |
| 53 | Eugene-Springfield, OR | 2322 | RPI | RPI | RPI | RPI | RPI |
| 54 | Evansville, IN-KY | 4433 | RPI | RPI | RPI | RPI | RPI |
| 55 | Fargo-Wahpeton, ND-MN | 4313 | RPI | RPI | RPI | RPI | RPI |
| 56 | Farmington, NM | 3877 | RPI | RPI | RPI | RPI | RPI |
| 57 | Fayetteville-Springdale-Rogers, AR-MO | 4729 | RPI | RPI | RPI | RPI | RPI |
| 59 | Fort Smith, AR-OK | 4121 | RPI | RPI | RPI | RPI | RPI |
| 60 | Fort Wayne-Huntington-Auburn, IN | 3038 | RPI | RPI | RPI | RPI | RPI |
| 61 | Fresno-Madera, CA | 2962 | RPI | RPI | RPI | RPI | RPI |
| 62 | Gainesville, FL | N/A | RPI | RPI | RPI | RPI | RPI |
| 63 | Grand Forks, ND-MN | 4755 | RPI | RPI | RPI | RPI | RPI |
| 64 | Grand Rapids-Muskegon-Holland, MI | 2935 | RPI | RPI | RPI | RPI | RPI |
| 65 | Great Falls, MT | 4910 | RPI | RPI | RPI | RPI | RPI |
| 66 | Greensboro--Winston-Salem--High Point, NC | 2786 | RPI | RPI | RPI | RPI | RPI |

INFORMATION DERIVED FROM "HIGHLY CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER IN WT DOCKET NO. 11-65" HAS BEEN REDACTED

7



Declaration of Colin B. Weir
FCC WT Docket No. 11-65
June 20, 2011
Page 8 of 12

| | TABLE 1 Continued<br>Effects of the proposed AT&T/T-Mobile Merger:<br>Wireless Industry Market Concentration by Economic Area<br>(data as of June 2010) | | | | | | |
|---|---|---|---|---|---|---|---|
| EA Code | EA Name | 2008 HHI* | 2010 HHI** | Pro Forma HHI** | Change in HHI resulting from the merger | "Highly Concentrated" and HHI Increase ≥ 100 | "Highly Concentrated" and HHI Increase >200 |
| 67 | Greenville, NC | 2641 | RPI | RPI | RPI | RPI | RPI |
| 68 | Greenville-Spartanburg-Anderson, SC | 4047 | RPI | RPI | RPI | RPI | RPI |
| 70 | Harrisburg-Carlisle-Lebanon, PA | 3235 | RPI | RPI | RPI | RPI | RPI |
| 72 | Hartford-West Hartford-Willimantic, CT | N/A | RPI | RPI | RPI | RPI | RPI |
| 73 | Helena, MT | N/A | RPI | RPI | RPI | RPI | RPI |
| 74 | Honolulu, HI | 2365 | RPI | RPI | RPI | RPI | RPI |
| 75 | Houston-Baytown-Huntsville, TX | 2279 | RPI | RPI | RPI | RPI | RPI |
| 77 | Idaho Falls-Blackfoot, ID | 4361 | RPI | RPI | RPI | RPI | RPI |
| 78 | Indianapolis-Anderson-Columbus, IN | 3033 | RPI | RPI | RPI | RPI | RPI |
| 79 | Jacksonville, FL | 2381 | RPI | RPI | RPI | RPI | RPI |
| 81 | Johnson City-Kingsport-Bristol (Tri-Cities), TN-VA | 3936 | RPI | RPI | RPI | RPI | RPI |
| 82 | Jonesboro, AR | 5032 | RPI | RPI | RPI | RPI | RPI |
| 83 | Joplin, MO | 3584 | RPI | RPI | RPI | RPI | RPI |
| 84 | Kansas City-Overland Park-Kansas City, MO-KS | 2290 | RPI | RPI | RPI | RPI | RPI |
| 85 | Kearney, NE | N/A | RPI | RPI | RPI | RPI | RPI |
| 86 | Kennewick-Richland-Pasco, WA | 2723 | RPI | RPI | RPI | RPI | RPI |
| 87 | Killeen-Temple-Fort Hood, TX | N/A | RPI | RPI | RPI | RPI | RPI |
| 88 | Knoxville-Sevierville-La Follette, TN | 2816 | RPI | RPI | RPI | RPI | RPI |
| 89 | La Crosse, WI-MN | 3823 | RPI | RPI | RPI | RPI | RPI |
| 91 | Lake Charles-Jennings, LA | 3354 | RPI | RPI | RPI | RPI | RPI |
| 92 | Las Vegas-Paradise-Pahrump, NV | 2297 | RPI | RPI | RPI | RPI | RPI |
| 95 | Lincoln, NE | 4909 | RPI | RPI | RPI | RPI | RPI |
| 96 | Little Rock-North Little Rock-Pine Bluff, AR | 4210 | RPI | RPI | RPI | RPI | RPI |
| 97 | Los Angeles-Long Beach-Riverside, CA | 2488 | RPI | RPI | RPI | RPI | RPI |
| 98 | Louisville-Elizabethtown-Scottsburg, KY-IN | 2520 | RPI | RPI | RPI | RPI | RPI |
| 99 | Lubbock-Levelland, TX | 2832 | RPI | RPI | RPI | RPI | RPI |
| 100 | Macon-Warner Robins-Fort Valley, GA | 3662 | RPI | RPI | RPI | RPI | RPI |
| 101 | Madison-Baraboo, WI | 3442 | RPI | RPI | RPI | RPI | RPI |
| 102 | Marinette, WI-MI | N/A | RPI | RPI | RPI | RPI | RPI |
| 103 | Mason City, IA | N/A | RPI | RPI | RPI | RPI | RPI |
| 104 | McAllen-Edinburg-Pharr, TX | 3025 | RPI | RPI | RPI | RPI | RPI |
| 105 | Memphis, TN-MS-AR | 2709 | RPI | RPI | RPI | RPI | RPI |

INFORMATION DERIVED FROM "HIGHLY CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER IN WT DOCKET NO. 11-65" HAS BEEN REDACTED

8



Declaration of Colin B. Weir
FCC WT Docket No. 11-65
June 20, 2011
Page 9 of 12

| | TABLE 1 Continued<br>Effects of the proposed AT&T/T-Mobile Merger:<br>Wireless Industry Market Concentration by Economic Area<br>(data as of June 2010) | | | | | | |
|---|---|---|---|---|---|---|---|
| EA Code | EA Name | 2008 HHI* | 2010 HHI** | Pro Forma HHI** | Change in HHI resulting from the merger | "Highly Concentrated" and HHI Increase ≥ 100 | "Highly Concentrated" and HHI Increase >200 |
| 106 | Miami-Fort Lauderdale-Miami Beach, FL | 2250 | RPI | RPI | RPI | RPI | RPI |
| 107 | Midland-Odessa, TX | 3671 | RPI | RPI | RPI | RPI | RPI |
| 108 | Milwaukee-Racine-Waukesha, WI | 2123 | RPI | RPI | RPI | RPI | RPI |
| 109 | Minneapolis-St. Paul-St. Cloud, MN-WI | 2588 | RPI | RPI | RPI | RPI | RPI |
| 110 | Minot, ND | 4304 | RPI | RPI | RPI | RPI | RPI |
| 111 | Missoula, MT | 6327 | RPI | RPI | RPI | RPI | RPI |
| 112 | Mobile-Daphne-Fairhope, AL | 3206 | RPI | RPI | RPI | RPI | RPI |
| 113 | Monroe-Bastrop, LA | 4320 | RPI | RPI | RPI | RPI | RPI |
| 114 | Montgomery-Alexander City, AL | 2531 | RPI | RPI | RPI | RPI | RPI |
| 115 | Myrtle Beach-Conway-Georgetown, SC | N/A | RPI | RPI | RPI | RPI | RPI |
| 116 | Nashville-Davidson--Murfreesboro--Columbia, TN | 2679 | RPI | RPI | RPI | RPI | RPI |
| 117 | New Orleans-Metairie-Bogalusa, LA | 3247 | RPI | RPI | RPI | RPI | RPI |
| 118 | New York-Newark-Bridgeport, NY-NJ-CT-PA | 2640 | RPI | RPI | RPI | RPI | RPI |
| 119 | Oklahoma City-Shawnee, OK | 3444 | RPI | RPI | RPI | RPI | RPI |
| 120 | Omaha-Council Bluffs-Fremont, NE-IA | 3495 | RPI | RPI | RPI | RPI | RPI |
| 121 | Orlando-The Villages, FL | 2486 | RPI | RPI | RPI | RPI | RPI |
| 122 | Paducah, KY-IL | 5938 | RPI | RPI | RPI | RPI | RPI |
| 123 | Panama City-Lynn Haven, FL | N/A | RPI | RPI | RPI | RPI | RPI |
| 124 | Pendleton-Hermiston, OR | 2894 | RPI | RPI | RPI | RPI | RPI |
| 125 | Pensacola-Ferry Pass-Brent, FL | 2657 | RPI | RPI | RPI | RPI | RPI |
| 126 | Peoria-Canton, IL | 3424 | RPI | RPI | RPI | RPI | RPI |
| 127 | Philadelphia-Camden-Vineland, PA-NJ-DE-MD | 2614 | RPI | RPI | RPI | RPI | RPI |
| 128 | Phoenix-Mesa-Scottsdale, AZ | 2683 | RPI | RPI | RPI | RPI | RPI |
| 129 | Pittsburgh-New Castle, PA | 3157 | RPI | RPI | RPI | RPI | RPI |
| 130 | Portland-Lewiston-South Portland, ME | 2812 | RPI | RPI | RPI | RPI | RPI |
| 131 | Portland-Vancouver-Beaverton, OR-WA | 2469 | RPI | RPI | RPI | RPI | RPI |
| 132 | Pueblo, CO | 2986 | RPI | RPI | RPI | RPI | RPI |
| 133 | Raleigh-Durham-Cary, NC | 2965 | RPI | RPI | RPI | RPI | RPI |
| 134 | Rapid City, SD | 5140 | RPI | RPI | RPI | RPI | RPI |
| 135 | Redding, CA | 2888 | RPI | RPI | RPI | RPI | RPI |
| 136 | Reno-Sparks, NV | 2556 | RPI | RPI | RPI | RPI | RPI |
| 137 | Richmond, VA | 3206 | RPI | RPI | RPI | RPI | RPI |

INFORMATION DERIVED FROM "HIGHLY CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER IN WT DOCKET NO. 11-65" HAS BEEN REDACTED


ECONOMICS AND TECHNOLOGY, INC.

Declaration of Colin B. Weir
FCC WT Docket No. 11-65
June 20, 2011
Page 10 of 12

| EA Code | EA Name | 2008 HHI* | 2010 HHI** | Pro Forma HHI** | Change in HHI resulting from the merger | "Highly Concentrated" and HHI Increase ≥ 100 | "Highly Concentrated" and HHI Increase >200 |
|---|---|---|---|---|---|---|---|
| | | TABLE 1 Continued  Effects of the proposed AT&T/T-Mobile Merger:  Wireless Industry Market Concentration by Economic Area  (data as of June 2010) | | | | | |
| 138 | Roanoke, VA | 2439 | RPI | RPI | RPI | RPI | RPI |
| 139 | Rochester-Batavia-Seneca Falls, NY | 4389 | RPI | RPI | RPI | RPI | RPI |
| 140 | Sacramento--Arden-Arcade--Truckee, CA-NV | 2621 | RPI | RPI | RPI | RPI | RPI |
| 142 | Salt Lake City-Ogden-Clearfield, UT | 2265 | RPI | RPI | RPI | RPI | RPI |
| 143 | San Angelo, TX | 2237 | RPI | RPI | RPI | RPI | RPI |
| 144 | San Antonio, TX | 2220 | RPI | RPI | RPI | RPI | RPI |
| 145 | San Diego-Carlsbad-San Marcos, CA | 2574 | RPI | RPI | RPI | RPI | RPI |
| 146 | San Jose-San Francisco-Oakland, CA | 2610 | RPI | RPI | RPI | RPI | RPI |
| 147 | Santa Fe-Espanola, NM | 4568 | RPI | RPI | RPI | RPI | RPI |
| 148 | Sarasota-Bradenton-Venice, FL | 2733 | RPI | RPI | RPI | RPI | RPI |
| 149 | Savannah-Hinesville-Fort Stewart, GA | 2433 | RPI | RPI | RPI | RPI | RPI |
| 151 | Scranton--Wilkes-Barre, PA | N/A | RPI | RPI | RPI | RPI | RPI |
| 152 | Seattle-Tacoma-Olympia, WA | 2615 | RPI | RPI | RPI | RPI | RPI |
| 153 | Shreveport-Bossier City-Minden, LA | 3810 | RPI | RPI | RPI | RPI | RPI |
| 154 | Sioux City-Vermillion, IA-NE-SD | 4240 | RPI | RPI | RPI | RPI | RPI |
| 155 | Sioux Falls, SD | 5179 | RPI | RPI | RPI | RPI | RPI |
| 156 | South Bend-Mishawaka, IN-MI | N/A | RPI | RPI | RPI | RPI | RPI |
| 157 | Spokane, WA | 3338 | RPI | RPI | RPI | RPI | RPI |
| 158 | Springfield, IL | 3910 | RPI | RPI | RPI | RPI | RPI |
| 159 | Springfield, MO | 3690 | RPI | RPI | RPI | RPI | RPI |
| 160 | St. Louis-St. Charles-Farmington, MO-IL | 2674 | RPI | RPI | RPI | RPI | RPI |
| 161 | State College, PA | 4204 | RPI | RPI | RPI | RPI | RPI |
| 162 | Syracuse-Auburn, NY | 4002 | RPI | RPI | RPI | RPI | RPI |
| 163 | Tallahassee, FL | 3084 | RPI | RPI | RPI | RPI | RPI |
| 164 | Tampa-St. Petersburg-Clearwater, FL | 2291 | RPI | RPI | RPI | RPI | RPI |
| 165 | Texarkana, TX-Texarkana, AR | N/A | RPI | RPI | RPI | RPI | RPI |
| 166 | Toledo-Fremont, OH | 4566 | RPI | RPI | RPI | RPI | RPI |
| 167 | Topeka, KS | 2623 | RPI | RPI | RPI | RPI | RPI |
| 168 | Traverse City, MI | 2882 | RPI | RPI | RPI | RPI | RPI |
| 169 | Tucson, AZ | 2622 | RPI | RPI | RPI | RPI | RPI |
| 170 | Tulsa-Bartlesville, OK | 3222 | RPI | RPI | RPI | RPI | RPI |
| 172 | Twin Falls, ID | 4175 | RPI | RPI | RPI | RPI | RPI |

INFORMATION DERIVED FROM "HIGHLY CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER IN WT DOCKET NO. 11-65" HAS BEEN REDACTED

ECONOMICS AND TECHNOLOGY, INC.

Declaration of Colin B. Weir
FCC WT Docket No. 11-65
June 20, 2011
Page 11 of 12

| | TABLE 1 Continued<br>Effects of the proposed AT&T/T-Mobile Merger:<br>Wireless Industry Market Concentration by Economic Area<br>(data as of June 2010) | | | | | | |
|---|---|---|---|---|---|---|---|
| EA Code | EA Name | 2008 HHI* | 2010 HHI** | Pro Forma HHI** | Change in HHI resulting from the merger | "Highly Concentrated " and HHI Increase ≥ 100 | "Highly Concentrated" and HHI Increase >200 |
| 173 | Virginia Beach-Norfolk-Newport News, VA-NC | 2775 | RPI | RPI | RPI | RPI | RPI |
| 174 | Washington-Baltimore-Northern Virginia, DC-MD-VA-WV | 2731 | RPI | RPI | RPI | RPI | RPI |
| 175 | Waterloo-Cedar Falls, IA | N/A | RPI | RPI | RPI | RPI | RPI |
| 177 | Wenatchee, WA | N/A | RPI | RPI | RPI | RPI | RPI |
| 178 | Wichita Falls, TX | N/A | RPI | RPI | RPI | RPI | RPI |
| 179 | Wichita-Winfield, KS | 2798 | RPI | RPI | RPI | RPI | RPI |

**<<End NRUF/LNP Confidential Information>>**

NOTES TO TABLE 1:

\* 2008 HHIs from *CMRS Report*, Table C-3.  The "Economic Area" geographies used in the *CMRS Report* for 2008 reflect 1995 BEA definitions.

\*\* The 2010 HHIs are derived using June 2010 NRUF/LNP data and reflect current BEA EA geographic definitions.

RPI = Redacted for Public Inspection in accordance with NRUF/LNP Protective Order

INFORMATION DERIVED FROM "HIGHLY CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER IN WT DOCKET NO. 11-65" HAS BEEN REDACTED

11

ECONOMICS AND TECHNOLOGY, INC.

Declaration of Colin B. Weir
FCC WT Docket No. 11-65
June 20, 2011
Page 12 of 12

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, and that this declaration was executed at Boston, Massachusetts, this 20th day of June 2011.

_____
Colin B. Weir

INFORMATION DERIVED FROM "HIGHLY CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER IN WT DOCKET NO. 11-65" HAS BEEN REDACTED

12

ECONOMICS AND TECHNOLOGY, INC.

## Statement of Qualifications

## COLIN B. WEIR

Colin B. Weir is a Vice President at Economics and Technology, Inc. Mr. Weir conducts economic, statistical, and regulatory research and analysis, with a primary focus on the telecommunications industry. Mr. Weir's work involves econometric and statistical analysis, multiple linear regression, statistical sampling, micro- and macroeconomic modeling and other economic analysis. Such analysis often involves analysis of databases, call detail records, and other voluminous business records. Mr. Weir is familiar with common statistical and econometric software packages such as STATA and SHAZAM. Mr. Weir assists with analysis of economic, statistical and other evidence; and preparation for depositions, trial and oral examinations. Mr. Weir has provided expert testimony before federal and state courts, the FCC, and state commissions, and has contributed research and analysis to numerous ETI publications and testimony at the state, federal, and international levels.

Mr. Weir's telecom experience includes work on a variety of issues, including: economic harm and damage calculation; Early Termination Fees (ETFs); wireless handset locking practices; determination of Federal Excise Tax burden; ISP-bound traffic studies; Area Code splits and numbering policy; Federal Universal Service; pricing and regulation of Unbundled Network Elements; analysis of special access rates-of-return and pricing trends, and development of a macroeconomic analysis quantifying the economic impact upon the US economy and job markets of overpricing special access services; wireless pricing; and wireline telecommunications tariff and contract pricing.

Mr. Weir has conducted research and analysis in numerous regulatory and litigation matters on behalf of carrier, government and individual clients, including AT&T, MTS Allstream (Canada), Broadview Networks, Cavalier Communications, Nuvox Inc., O1 Communications, Pac-West Telecomm, Inc., tw telecom inc., XO Communications, Western Wireless, The US Department of Justice, Office of the Attorney General of Illinois, Thomas *et al* (class action litigation, Superior Court, County of Alameda), Ayyad *et al* (class action litigation, Superior Court, County of Alameda), and White *et al* (class action litigation, Superior Court, County of Alameda).

Mr. Weir has researched pricing and discount rates in enterprise voice and data services contracts, maintained an extensive database of such rates, and has contributed to network priceouts and rate benchmark analyses. Additionally, Mr. Weir is responsible for the maintenance of ETI's comprehensive databases of interstate and international interexchange carrier and local telephone company tariffs. He has substantial experience with industry data resources.

Mr. Weir holds an MBA with honors from Northeastern University. He also holds a Bachelor of Arts degree *cum laude* in Business Economics from The College of Wooster.

1


ECONOMICS AND TECHNOLOGY, INC.

*Statement of Qualifications – Colin B. Weir*

**Publications and Testimony of Colin B. Weir**

Mr. Weir has co-authored the following:

*Regulation, Investment and Jobs: How Regulation of Wholesale Markets Can Stimulate Private Sector Broadband Investment and Create Jobs* (with Lee L. Selwyn, Susan M. Gately, and Helen E. Golding) Economics and Technology, Inc., prepared on behalf of Cbeyond, Inc., Covad Communications Company, Integra Telecom, Inc., PAETEC Holding Corp, and tw telecom inc., February 2010.

*Revisiting Us Broadband Policy: How Re-regulation of Wholesale Services Will Encourage Investment and Stimulate Competition and Innovation in Enterprise Broadband Markets*, (with Lee L. Selwyn, Susan M. Gately, and Helen E. Golding) Economics and Technology, Inc., prepared on behalf of MTS Allstream, February 2010.

*Longstanding Regulatory Tools Confirm BOC Market Power: A Defense of ARMIS* (with Lee L. Selwyn, Susan M. Gately, and Helen E. Golding) Economics and Technology, Inc., prepared on behalf of the AdHoc Telecommunications Users Committee, January 2010.

*Choosing Broadband Competition over Unconstrained Incumbent Market Power: A Response to Bell and TELUS* (with Lee L. Selwyn, Susan M. Gately, and Helen E. Golding) Economics and Technology, Inc., prepared on behalf of MTS Allstream, April 2009.

*The Role of Regulation in a Competitive Telecom Environment: How Smart Regulation of Essential Wholesale Facilities Stimulates Investment and Promotes Competition* (with Lee L. Selwyn, Susan M. Gately, and Helen E. Golding) Economics and Technology, Inc., prepared on behalf of MTS Allstream, March 2009.

*Special Access Overpricing and the US Economy: How Unchecked RBOC Market Power is Costing US Jobs and Impairing US Competitiveness* (with Lee L. Selwyn, Susan M. Gately, and Helen E. Golding) Economics and Technology, Inc., prepared on behalf of the AdHoc Telecommunications Users Committee, August 2007.

*The AWS Spectrum Auction: A One-Time Opportunity to Introduce Real Competition for Wireless Services in Canada* (with Lee L. Selwyn and Helen E. Golding) Economics and Technology, Inc., prepared on behalf of MTS Allstream, June 2007.

*Comparison of Wireless Service Price Levels in the US and Canada* (with Lee L. Selwyn) Economics and Technology, Inc., prepared on behalf of MTS Allstream, May 2007.

*Hold the Phone! Debunking the Myth of Intermodal Alternatives for Business Telecom Users In New York* (with Susan M. Gately and Lee L. Selwyn) Economics and Technology, Inc., prepared for the UNE-L CLEC Coalition, August 2005.



*Statement of Qualifications – Colin B. Weir*

Mr. Weir has submitted the following testimony:

**California Public Utilities Commission**, *Pacific Bell Telephone Company d/b/a AT&T California (U1001C) Complainant, vs. O1 Communication, Inc. (U 6065 C), Defendant*, Case No. C.08-03-001, on behalf of the O1 Communications, Inc., Reply Testimony filed November 6, 2009; Oral testimony and cross examination on November 16, 2009.

**Superior Court of California, County of Alameda**, *James Thomas, on behalf of themselves, the general public, and all those similarly situated, Plaintiffs, v. Global Vision Products, Inc., Anthony Imbriolo, Derrike Cope, David L. Gordon, Powertel Technologies, Inc., Craig Dix, Henry Edelson and Robert Debenedictis, Defendants,* Case No. RG03-091195, on behalf of the Law Offices Of Scott A. Bursor, Oral testimony and cross examination on November 9, 2009.

**United States District Court, District of New Jersey,** *Judy Larson, Barry Hall, Joe Milliron, Tessie Robb, and Willie Davis, individually and on behalf of all others similarly situated, v. AT&T Mobility LLC f/k/a Cingular Wireless LLC and Sprint Nextel Corporation and Sprint Spectrum L.P. d/b/a Sprint Nextel and Nextel Finance Company, Civ. Act. No. 07-5325 (JLL)*, on behalf of PinilisHalpern, LLP and Law Offices of Scott A. Bursor, Declaration filed *under seal* October 19, 2009.

**California Public Utilities Commission,** *Pacific Bell Telephone Company d/b/a AT&T California (U1001C) Complainant, vs. Pac-West Telecomm, Inc. (U 5266 C), Defendant*, Case No. C.08-09-017, on behalf of the Pac-West Telecomm, Inc., Rebuttal Testimony filed May 1, 2009.

**Illinois Commerce Commission,** Illinois Bell Telephone Company Annual Rate Filing for Non-Competitive Services Under an Alternative Form of Regulation, Ill. C. C. Docket No. 08-0249, on behalf of the People of the State of Illinois, Declaration filed May 2, 2008.

**Federal Communications Commission,** Qwest Petition for Forbearance Under 47 U.S.C. §160(c) From Title II and *Computer Inquiry Rules* with Respect to Broadband Services, Petition of AT&T Inc, For Forbearance Under 47 U.S.C. §160(c) From Title II and *Computer Inquiry Rules* with Respect to Broadband Services, Petition of BellSouth Corporation For Forbearance Under 47 U.S.C. §160(c) From Title II and *Computer Inquiry Rules* with Respect to Broadband Services, Petition of the Embarq Local Operating Companies for Forbearance Under 47 U.S.C. §160(c) From Application of *Computer Inquiry* and certain Title II Common Carriage Requirements; WC Docket Nos. 06-125 and 06-147, on behalf of the AdHoc Telecommunications Users Committee, Declaration filed October 9, 2007.

**Superior Court of California, County of Alameda**, *James Thomas, on behalf of themselves, the general public, and all those similarly situated, Plaintiffs, v. Global Vision Products, Inc., Anthony Imbriolo, Derrike Cope, David L. Gordon, Powertel Technologies, Inc., Craig Dix, Henry Edelson and Robert Debenedictis, Defendants,* Case No. RG03-091195, on behalf of the Law Offices Of Scott A. Bursor, Declaration filed January 5, 2007; Deposition on November 13, 2007; Oral testimony and cross-examination on December 19, 2007; Oral testimony on January 9, 2008.

Mr. Weir has contributed research and analysis to numerous additional ETI publications and testimony at the state, federal, and international levels.

