# EXHIBIT E



Joseph Marchese <jmarchese@bursor.com>

# RE: Electronic FOIA (E-FOIA) Request Form
1 message

**FOIA <FOIA@fcc.gov>**  Tue, Jun 21, 2011 at 12:19 PM
To: jmarchese@bursor.com
Cc: Patricia Quartey <Patricia.Quartey@fcc.gov>, Shoko Hair <Shoko.Hair@fcc.gov>

Dear Mr. Marchese:

This acknowledges receipt of your Freedom of Information Act (FOIA) request filed with the Federal Communications Commission (FCC). Your request has been assigned FOIA control number 2011-445. Agencies are allowed 20 working days to respond to your request, extending this period for an additional 10 working days under certain circumstances. See 5 U.S.C. § 552(a)(6)(A)(i) and 5 U.S.C. § 552(a)(6)(B)(i). We anticipate responding to your request on 07/20/11. If additional time is needed to respond to your requests you will be notified.

 If you have any questions concerning this notice, please call the FOIA Office at:
(202) 418-0440.


 FCC
 FOIA Office


-----Original Message-----
From: Joseph I. Marchese [mailto:jmarchese@bursor.com]
Sent: Monday, June 20, 2011 7:21 PM
To: FOIA
Subject: Electronic FOIA (E-FOIA) Request Form


Joseph I. Marchese
369 Lexington Avenue
10th Floor
New York, NY
10017

Phone Number: 2129899113
Fax Number:
Email Address: jmarchese@bursor.com

Date of Request: 06/20/2011

Joseph I. Marchese Requests:
An unredacted copy of the Declaration of Colin B. Weir, dated June 20, 2011 and filed in WT Docket No. 11-65.
-------------------------------------------------------

Maximum Fee:

Is the requester entitled to a restricted fee assessment?
If Yes Give Reasons for Inspection:

Any Additional Information and/or Comments:

Server protocol: HTTP/1.1
Remote host: 24.105.140.57
Remote IP address: 24.105.140.57