# EXHIBIT G

# BURSOR & FISHER, P.A.
## ATTORNEYS AT LAW

369 Lexington Avenue, 10th Floor
New York, NY  10017
(212) 989-9113 (tel)
(212) 989-9163 (fax)
www.bursor.com

May 31, 2011

*Via Electronic Filing*

Ms. Marlene H. Dortch, Secretary
Federal Communications Commission
445 Twelfth Street, SW
Washington, DC 20554

Re:   Preliminary Comments Regarding The Applications of AT&T, Inc. and Deutsche Telekom AG for Consent to Assign or Transfer Control of Licenses and Authorizations, WT Docket No. 11-65

Dear Ms. Dortch:

Bursor & Fisher, P.A. represents a number of parties that intend to file substantive comments in this docket.  Our comments, however, have been delayed by the frivolous objection of AT&T, Inc., Deutsche Telekom AG and T-Mobile USA, Inc. (collectively, "Applicants") to the Acknowledgments of Confidentiality filed on behalf of Scott A. Bursor, L. Timothy Fisher, Joseph I. Marchese and Sarah N. Westcot.  Due to those frivolous objections, we have not yet been granted access to the NRUF/LNP information in this proceeding.  Upon receipt of the NRUF/LNP information, we intend to supplement these preliminary comments.
.

Very truly yours,

Joseph I. Marchese
jmarchese@bursor.com

cc:   Kathy Harris, Wireless Telecommunications Bureau, FCC (via email)
Kate Matraves, Wireless Telecommunications Bureau, FCC (via email)
Jim Bird, Office of General Counsel, FCC (via email)